# United States Court of Appeals
### For The District of Columbia Circuit

**No. 07-5253**     **September Term 2007**

07cv00731

**Filed On:** June 12, 2008

Walter Bernard Morton, Jr.,

    Appellant

v.

United States of America,

    Appellee

FILED
JUN 1 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**BEFORE:** Sentelle, Chief Judge, and Garland and Griffith, Circuit Judges

### ORDER

Upon consideration of the motion for oral argument, and the motion to dismiss for lack of a certificate of appealability and the response thereto, which is construed as including a request for a certificate of appealability, it is

**ORDERED** that the request for a certificate of appealability be denied and the motion to dismiss granted. A certificate of appealability is needed to appeal the district court's denial of appellant's motion for relief under Federal Rule of Civil Procedure 60(b), in which appellant sought to vacate a district court order denying federal habeas relief. See 28 U.S.C. § 2253(c)(1)(A); United States v. Vargas, 393 F.3d 172, 174-75 (D.C. Cir. 2004). Because appellant has not made "a substantial showing of the denial of a constitutional right," 28 U.S.C. § 2253(c)(2), no certificate of appealability is warranted. See Slack v. McDaniel, 529 U.S. 473, 484 (2000). Appellant may not challenge his District of Columbia convictions in federal court unless his remedy under D.C. Code § 23-110 is inadequate or ineffective to test the legality of his detention. See, e.g., Blair-Bey v. Quick, 151 F.3d 1036, 1042-43 (D.C. Cir. 1998). The § 23-110 remedy, however, is not considered inadequate or ineffective simply because the requested relief has been denied. See Garris v. Lindsay, 794 F.2d 722, 727 (D.C. Cir.), cert. denied, 479 U.S. 993 (1986). It is

**FURTHER ORDERED** that the motion for oral argument be dismissed as moot.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. Because no certificate of appealability has been allowed, no mandate will issue.

**Per Curiam**

A True copy:
United States Courts of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk